UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

PRIVILEGE UNDERWRITERS       )
RECIPROCAL EXCHANGE,         )
                                       )
     Plaintiff,               )
                                       )     CASE No. 4:23-cv-00546-MTS
v.                        )
                                     )
UPONOR NORTH AMERICA, INC AND  )
UPONOR, INC.,               )
                                     )
     Defendant.            )

## PLAINTIFF'S PARTIAL NOTICE OF DISMISSAL
## OF DEFENDANT UPONOR NORTH AMERICA, INC.

COMES NOW, Plaintiff, Privilege Underwriters Reciprocal Exchange, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and prior to any answer or motion for summary judgment having been filed by Defendant Uponor North America, Inc., hereby submits this Partial Notice of Dismissal Without Prejudice as to Defendant Uponor North America, Inc.  Each party shall bear its own costs, expenses and attorneys' fees incurred in connection with this matter.  Plaintiff will continue to prosecute its claims against the Defendant Uponor, Inc. in this case.

                          Respectfully submitted,


                          /s/ *Bruce F. Klein*
                          Bruce F. Klein
                          Oklahoma State Bar No. 11389
                          **BRUCE F. KLEIN, PLLC**
                          222 NW 13th Street
                          Oklahoma City, Oklahoma 73103
                          405-606-4448 (Telephone)
                          405-523-2108 (Facsimile)
                          bruce@bfkleinlaw.com

                          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that all parties of record have been served with a true and correct copy of the foregoing via the Federal Rules of Civil Procedure on this the 27th day of December 2023, as follows:

J. Mark McAlester – jmmcalester@fentonlaw.com
Fenton, Fenton, Smith, Reneau & Moon
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
**ATTORNEYS FOR DEFENDANT**
**UPONOR NORTH AMERICA, INC.**
**AND UPONOR, INC.**

  /s/ *Bruce F. Klein*
Bruce F. Klein