**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE: CIV-23-00546-GKF |
| | ) |
| UPONOR, INC., | ) |
| | ) |
| Defendant. | ) |

## <u>UPONOR, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR REMAND</u>

COMES NOW, the defendant, Uponor, Inc. ("Uponor") and for its Response to Plaintiff's Motion for Remand [Doc. No. 15], provides the following:

1. Privilege Underwriters Reciprocal Exchange ("PURE") filed suit on November 14, 2023, alleging PURE is a reciprocal inter-insurance exchange, with members in the states of Alabama, California, Connecticut, Florida, Georgia, Louisiana, Massachusetts, Mississippi, New Jersey, New York, North Carolina, South Carolina and Texas. (See Petition, ¶ 1).

2. Based on those allegations as set forth by PURE in its Petition, Uponor removed the case to this Court based Uponor the existence of diversity of citizenship. [Doc. No. 3].

3. Following removal, PURE filed: i) an Amended Complaint [Doc. No. 9], alleging for the first time that as a reciprocal inter-insurance exchange it was comprised of "individual members in all 50 states of the United

States" (Doc. No. 9, p. 1.), and ii) a Motion to Remand supported by a declaration affirming the allegation that it was comprised of "individual members in all 50 states of the United States." (Docs. No. 15 and 15-1.)

4. Taking as true the allegations and averments contained in PURE's Amended Complaint, Motion for Remand and the declaration submitted in support of the Motion to Remand, which allegations and averments were not asserted until **AFTER** Uponor filed its Notice of Removal, Uponor does not submit an opposition to a remand of the case to State Court at this time.

5. Notwithstanding the foregoing, Uponor expressly reserves the right to seek a removal of the case to federal court at a future date, should discovery and disclosure of additional facts result in diversity jurisdiction being properly maintained in this forum.

 /s/  J. Mark McAlester
J. MARK McALESTER, OBA #18104
FENTON FENTON SMITH RENEAU & MOON
211 N. Robinson, Ste. 800N
Oklahoma City, OK 73102
Phone: 405.235.4671
Fax: 405.235.5247
E-mail: jmmcalester@fentonlaw.com
**ATTORNEYS FOR DEFENDANT,
UPONOR, INC.**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of February, 2024 I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Bruce F. Klein          bruce@bfkleinlaw.com


/s/ J. Mark McAlester_____
J. Mark McAlester