**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| PRIVILEGE UNDERWRITERS RECIPROCAL EXCHANGE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 23-CV-00546-GKF-MTS |
| UPONOR, INC., | ) ) ) | |
| Defendant. | ) ) | |

**JUDGMENT OF REMAND**

Pursuant to the court's order dated February 5, 2024, the court remands this case to the District Court in and for Tulsa County, Oklahoma.

ENTERED in Tulsa, Oklahoma this 5th day of February, 2024.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE