# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Privilege Underwriters Reciprocal Exchange,

                              Plaintiff(s),

vs.

Uponor, Inc.,

                              Defendant(s).

Case No.: 23-cv-00546-GKF-MTS

**MINUTE ORDER**

       An order having been made remanding the above-numbered case to the Tulsa County District Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

Mark C. McCartt, Clerk of Court

    ___s/ S. Arrington_____

By: Sydney Arrington, Case Administrator